FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/12/2015 4:17:01 PM
CHRISTOPHER A. PRINE
Clerk

custody of Petitioner pending Appeals Court Decision. Restrict Amicus Barbara Stalder from filing any legal document in this case that would deter from Temporary Relief requested!

Relator, Zamick Tannarpatia Milhouse, prays that the Court grant his motion for temporary relief to maintain the status quo of the parties and to preserve the Court's jurisdiction to consider the merits of Relator's Petition for Writ of Mandamus.

Zamick Tannarpatia Milhouse
Pro Se' Relator
4919 Tealgate Drive
Spring, Texas, 77373
318-745-5709
866-612-4441 (fax)
Zamickmilhouse@djmojamz.com

## Certification

The undersigned counsel certifies to the Court that Relator has made a diligent effort to notify all parties by expedited means. Specifically, Relator contacted:

Ebonie Rochelle McCain by phone on February 12, 2015 at Time: 3:45 pm

Janet Heppard by fax on February 12, 2015 at Time: 3:46 pm

Amicus Attorney Barbara Stalder by fax on February 12, 2015 at Time:

_3:47pm_

and Relator contacted 311th District Court Judge by telephone and facsimile on

February 12, 2015 at Time: _4:00 pm_ .

_Zamick Tamarpatia Milhouse_
Pro Se' Relator
Zamickmilhouse@djmojamz.com

## Certificate of Service

I certify that a true copy of this Motion for Temporary Relief was served in

accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or

that party's lead counsel as follows:

Party: Ebonie McCain

Lead attorney: none

Address of service: 13207 Santa Teresa Road

Houston, Texas, 77045

Method of service: by electronic service

Date of service: February 12, 2015

Party: Janet Heppard

Lead attorney: Janet Heppard (Attorney Ad Litem)

Address of service: 100 Law Center, Room 56 TUII

Houston, TX 77204

Method of service: by electronic service

Date of service: February 12, 2015

Party: Barbara Stalder (Amicus Attorney)

Method of service: by electronic service

Date of service: February 12, 2015

Judge: 311th District Court Judge

Method of service: fax / in person

Date of service: February 12, 2015

A copy of this notice is being filed with the appellate clerk in accordance with

rule 25.1(e) of the Texas Rules of Appellate Procedure.

_____

Zamick Tannarpatia Milhouse
Pro Se' Relator
Zamickmilhouse@djmojamz.com